**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Carl WILCOX, Defendant/Appellant.**

**No. 60043.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 7, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
May 19, 1992.

David A. Horwitz, St. Louis, for defendant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of burglary in the second degree. We affirm. Defendant failed to preserve his point for review and we find no plain error by the trial court. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).